# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARLON LORENZO BROWN,
                    Appellant,
          vs.
MIKE SLYMAN; EASY BAIL, LLC; AND
AMERICAN SURETY COMPANY,
                    Respondents.

No. 79340

FILED

AUG 23 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
       DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from the district court's minute order dismissing appellant's complaint. Eighth Judicial District Court, Clark County; Susan Johnson, Judge.

Review of the documents before this court reveals a jurisdictional defect. The district court's minute order is ineffective and not appealable. *State, Div. of Child & Family Serv. v. Eighth Judicial Dist. Court,* 120 Nev. 445, 451-54, 92 P.3d 1239, 1243-45 (2004) ("[D]ispositional court orders that are not administrative in nature, but deal with the procedural posture or merits of the underlying controversy, must be written, signed, and filed before they become effective."); *Rust v. Clark Cty. Sch. Dist.,* 103 Nev. 686, 689, 747 P.2d 1380, 1382 (1987) (stating that the district court's minute order is ineffective and cannot be appealed). To date, it does not appear that the district court has entered a written order, signed

19-35368

by the judge, dismissing appellant's complaint. Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.[1]

_____ Pickering __, J.
Pickering

_____, J.          _____, J.
Parraguirre                              Cadish


cc:    Hon. Susan Johnson, District Judge
       Marlon Lorenzo Brown
       Pitaro & Fumo, Chtd.
       Eighth District Court Clerk

_____

[1]In light of this decision, this court takes no action in regard to the documents filed on August 16, 2019.

SUPREME COURT
OF
NEVADA

(O) 1947A